IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VINCENT PASCO,                       ) | | |
|     ID # 1920738,                        ) | | |
|         Petitioner,                       ) | | |
|                                                    ) | | |
| vs.                                                ) | | No. 3:19-CV-1237-G-BH |
|                                                    ) | | |
| DIRECTOR, Texas Department of Criminal ) | | |
| Justice, Correctional Institutions Division, ) | | |
|         Respondent.                      ) | | Referred to U.S. Magistrate Judge[1] |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Before the Court is the petitioner's *Application to Proceed In Forma Pauperis* on appeal, received on May 20, 2022 (doc. 48), and accompanying certificate of inmate trust account.

(**X**)  The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that it presents no legal points of arguable merit and is therefore frivolous for the reasons set forth in the findings, conclusions, and recommendation filed in this case on March 28, 2022 (doc. 38). The request should also be denied because the petitioner has not established that he is a pauper. A review of the petitioner's certificate of inmate trust account shows that he has deposits totaling $795.78 over the last six months, an average balance of $1,615.76 over the last six months, and a current account balance of $927.13, all of which reflect sufficient funds to pay the applicable filing fees on appeal.

**If the Court denies the request to proceed *in forma pauperis* on appeal, the petitioner may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

---

[1] By *Amended Miscellaneous Order No. 6* (adopted by *Special order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* on appeal are automatically referred.

**SIGNED this 23rd day of May, 2022.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE