UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VINCENT PASCO, ID # 1920738, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| DIRECTOR, Texas Department of | ) | 3:19-CV-1237-G-BH |
| Criminal Justice, Correctional Institutions | ) | |
| Division, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's Motion for Rule 60(b)(3)(4) and (6), received on April 4, 2023 (docket entry 56), is **CONSTRUED** as a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The Clerk of the Court is **DIRECTED** to:  (1) terminate the post-judgment motion in this habeas case; (2)

open a new habeas case; (3) in that new case, docket the post-judgment motion as a § 2254 petition filed April 4, 2023; (4) directly assign the new case to the same District Judge and Magistrate Judge as in this case; (5) file a copy of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the order accepting those Findings, Conclusions, and Recommendation, and the judgment in that new case; and (6) without further judicial action, immediately **TRANSFER** the newly opened § 2254 action to the United States Court of Appeals for the Fifth Circuit.[*]

    **SO ORDERED**.

May 6, 2023.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**

---

[*] A certificate of appealability (COA) is not required to appeal an order transferring a successive habeas petition. See *In re Garrett*, 633 Fed. Appx. 260, 261 (5th Cir. 2016); *United States v. Fulton*, 780 F.3d 683 (5th Cir.), *cert. denied*, 577 U.S. 967 (2015).